In the Matter of the Application of FRANCES FRIEL, as Executrix, etc., of JOSEPH J. FRIEL, Deceased, Appellant, for the Distribution of an Award of the Court of Claims, Deposited in the New York State National Bank, Pursuant to Section 28-a of the Court of Claims Act.█ HENRY PAUL, Claimant, Respondent.— Order modified in accordance with opinion and as so modified affirmed, without costs. Opinion by Hinman, J. (Not to be published because not of general interest.) Van Kirk, P. J., and Rhodes, J., concur; Hill and McNamee, JJ., dissent and vote to reverse. (Dissenting views not to be published because not of general interest.)

In the Matter of the Claim of ANGELO MAGLIO, Respondent, against DOBBIE FOUNDRY AND MACHINE COMPANY, Appellant, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of FRED BLETKO, Respondent, against R. HOE & COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of MARY LEARY, Appellant, against M. J. DALEY & Co., INC., and Another, Respondents; STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of SIGRID EASER, Respondent, against CHARLES A. H. PRATT and Others, as Trustees under the Last Will of GEORGE L. McALPIN, Deceased, and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of BENJAMIN F. NELLIS, Appellant, against STATE DEPARTMENT OF PUBLIC WORKS, Respondent, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of GEORGE RICHTERMAN, Respondent, against SEMET SOLVAY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence of any present existing pyonephrosis, and no evidence showing causal relation between the accident and the abnormal condition of the muscles of the back. All concur, except Hill and McNamee, JJ., who dissent and vote to affirm.

In the Matter of the Claim of EMMA TSCHECHNE, Respondent, against AUTOMATIC VOTING MACHINE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of ABRAHAM TOWBIN, Also Known as ALLEN TOWBIN, Respondent. against NAPANOCH COUNTRY CLUB and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of RUTH MACKIE and Others, Appellants, against NATIONAL BROADCASTING COMPANY and Another, Respondents. STATE INDUS-